1  ALEXANDER G. CALFO (SBN 152891)
     *ACalfo@yukelaw.com*
2  KELLEY S. OLAH (SBN 245180)
     *KOlah@yukelaw.com*
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
     *ganderson-thompson@yukelaw.com*
4  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, CA  90071-1560
   Telephone:   (213) 362-7777
6  Facsimile:     (213) 362-7788

7  Attorneys for Defendants
   JOHNSON & JOHNSON SERVICES, INC.;
8  JOHNSON & JOHNSON (erroneously sued as
   "Johnson & Johnson, Inc."); DEPUY
9  ORTHOPAEDICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDSAY SLATTER and JEROME FISHKIN, | CASE NO. CV12-03013-RS |
| Plaintiffs, | [~~PROPOSED~~] ORDER RE STIPULATION TO STAY PROCEEDINGS |
| vs. | JURY TRIAL DEMANDED |
| JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; THOMAS SCHMALZRIED, M.D.; PINNACLE WEST ORTHOPAEDICS, INC.; GOLDEN STATE ORTHOPAEDICS, INC.; and DOES ONE through ONE HUNDRED, | |
| Defendants. | |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs LINDSAY SLATTER and JEROME FISHKIN and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc.") (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

771832.1 / 25-232                                                                                                          CV12-03013-RS

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

3. All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a joint Case Management Order in the MDL addressing remand briefing.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __6/18____, 2012     _____
                              Hon. Richard Seeborg